■ JOCELYN KIM et al., Respondents, v WING HEUMG NOODLE, INC., et al., Appellants. [671 NYS2d 303] —In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Suffolk County (Oshrin, J.), dated May 9, 1997, which denied their motion for summary judgment dismissing the first and fourth causes of action asserted in the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendants' motion since there is a question of fact as to whether they had constructive notice of the condition which allegedly caused the injured plaintiff to fall (*see, Salaam v City of New York,* 226 AD2d 173). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.

■ ROBERT A. KNUTSON et al., Appellants, v RICHARD H. SAND et al., Respondents. [671 NYS2d 303] —In an action to recover damages for dental malpractice, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated September 12, 1997, which denied their motion, in effect, for reargument of their prior motion for leave to serve a further bill of particulars.

Ordered that the appeal is dismissed, without costs or disbursements.

The plaintiffs' motion, denominated as one for renewal and reargument of their prior motion for leave to serve a further bill of particulars, was not based upon new facts which were unavailable at the time they submitted their original motion for leave to serve a further bill of particulars (*see, Bossio v Fiorillo,* 222 AD2d 476). Therefore, the motion is really for reargument, and an order denying such a motion is not appealable. Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.